UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 00049
DAWNE MONIQUE CARTER-MCPHERSON

CHAPTER 13

JUDGE: MANUEL BARBOSA

    Debtor
SSN XXX-XX-1491

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/02/07 and confirmed on 03/12/07.

2. The case was dismissed after confirmation, 10/09/2008.

3. The Debtor paid a total of $ 12792.50 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 25000.00 | .00 | 10417.35 |
| ECMC | UNSECURED | 5350.83 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 25000.00 | .00 | 5350.83 | .00 | 30350.83 |
| PRINCIPAL PAID | 10417.35 | .00 | .00 | .00 | 10417.35 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 10417.35 | .00 | .00 | .00 | 10417.35 |

The Debtor's attorney, DANIEL J WINTER          , was allowed $ 2500.00 and was paid $ 995.00 direct and $ 1505.00 through the plan.

The Trustee received $ 572.65 .

Refunds to the Debtor totaled $ 297.50 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/20/09                         /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE

```
                         PAGE   2
   CASE NO. 07 B 00049 DAWNE MONIQUE CARTER-MCPHERSON
```